# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

**In the United States District Court**
**District of** _MASSACHUSETTS_
_1ST. CIRCUIT_

_SCOTT CHARLES SMITH_

Enter above the full name of the plaintiff
in this action.

**VS.**

_DONALD TRUMP_

Enter above the full name of the defendant
or defendants in this action.

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff _SCOTT CHARLES SMITH_

　 Current Address _P. O. BOX 879_

　_AYER, MA. 01432-0879_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant _DONALD TRUMP_ is

　 employed as _UNITED STATES PRESIDENT_

　 at _1600 PENNSYLVANIA AVE. N.W. WASHINGTON D.C., MD 20001_

C. Additional Defendants _____

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or cote any cases or statutes.

If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. (Attach additional sheet if necessary).

DONALD TRUMP is ATTEMPTING COUP OR 7PAT AND ATTEMPTING TO MURDER ME, 2ND SON OF JEHOVAH, PRINCE OF PEACE. ALSO I'M A DEPUTIZED C.I.A. AGENT OF ZOTTA! (SCOTT C. SMITH)!! THIS IS ACCORDING TO DIVINE VERBAL OUTPUT OF JEHOVAH!!

## III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) I WANT $12 million DOLLARS in AWARDED DAMAGES.

( ) Jury Trial          (X) Non-Jury Trial

## IV. Place of present confinement FEDERAL MEDICAL CENTER (DEVENS)
P.O. BOX 879   AYER, MA. 01432-0879

A. Is there a prisoner grievance procedure in this Institution? (X) Yes    ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( ) Yes    (X) No

C. If your answer is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is **NO**, explain why not. _JEHOVAH SAID " IT'S TO HIGH UP FOR_ _PRISON OFFICIALS. "_

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?

( ) **Yes**        ( ) **No**

F. If your answer is **YES**:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
( ) **Yes**        (X) **No**

B. If your answer to A is **YES**: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper of paper, using the same outline.)

1. **Parties to previous lawsuit:**

Plaintiff(s) _____

_____

Defendants _____

_____

2. Court (if federal court, name the District; if state court, name county): _____

3. Docket number: _____

4. Name of Judge to whom case was assigned _____

5. Disposition (was the case dismissed? Appealed? Still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

**I declare under penalty of perjury that the foregoing is true and correct.**

_MONDAY  3/23/26_ _____      _Scott C. S_____
(Date)                                    (Signature of Plaintiff)